UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAY - 8 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY - 8 2017
CLERK

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SPRINT CORPORATION and WINDSTREAM SERVICES, LLC<br><br>Petitioners,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and THE UNITED STATES OF AMERICA<br><br>Respondents. | Case No. 17-1126 |

ORIGINAL

**PROTECTIVE PETITION FOR REVIEW**

Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Rule 15(a) of the Federal Rules of Appellate Procedure, Sprint Corporation ("Sprint") and Windstream Services, LLC ("Windstream") (together, "Petitioners") hereby petition the Court for review of the Report and Order of the Federal Communications Commission ("Commission") captioned *Business Data Services in an Internet Protocol Environment, Technology Transitions, Special Access for Price Cap Local Exchange Carriers, and AT&T Corporation Petition for Rulemaking to Reform Regulation of Incumbent Local Exchange Carrier Rates for Interstate Special Access Services*, WC Docket Nos. 16-143 and 05-25, GN Docket No. 13-5, RM-10593, FCC 17-43 (rel. Apr. 28, 2017) ("*Report and Order*"). A

copy of the public version of the *Report and Order* is attached as Exhibit A to this petition. Venue is proper under 28 U.S.C. § 2343.

The *Report and Order* concerns the regulatory treatment of business data services, which provide dedicated broadband connectivity to businesses, schools, universities, hospitals, government buildings, cell towers, and other facilities that require reliable and high-performance access to the Internet and other modern networks. It follows a May 2, 2016 order and further notice of proposed rulemaking in which the Commission found that "competition remains stubbornly absent" in many parts of the business data services marketplace, and proposed regulations "to ensure that non-competitive market conditions do not disadvantage business customers and their ability to compete and innovate in downstream markets." *Business Data Services in an Internet Protocol Environment et al.*, Tariff Investigation Order and Further Notice of Proposed Rulemaking, 31 FCC Rcd. 4723 ¶¶ 3, 5 (2016). In the *Report and Order*, the Commission broadly deregulates the marketplace for business data services, *see Report and Order* ¶¶ 86-170, determines that certain business data services are not subject to common carrier regulation under the Communications Act of 1934 (as amended), *see id.* ¶¶ 267-285, and adjusts the scope of regulatory forbearance previously granted to certain business data services provided by affiliates of Verizon Communications, Inc., *see id.* ¶¶ 171-177.

Petitioners seek relief on grounds that the *Report and Order* is arbitrary, capricious, and an abuse of discretion; violates the notice-and-comment requirements of the Administrative Procedure Act; violates other federal laws including, but not limited to, the Communications Act of 1934 (as amended), the Commission's regulations, and the Constitution; and is otherwise contrary to law. Petitioners respectfully request that the Court reverse and hold unlawful, vacate, enjoin, annul, and set aside the *Report and Order*, and provide such additional relief as may be just and proper.

Sprint and Windstream file this protective petition to address any uncertainty about when the 60-day period to file a petition for review, and the 10-day period to participate in the judicial lottery procedure, begin under 28 U.S.C. §§ 2344 and 2112(a) respectively. As explained, the *Report and Order* determines the common carrier status of specific providers' business data services, and the scope of regulatory forbearance that applies to specific Verizon affiliates and their successors-in-interest. These determinations arguably qualify as "adjudicatory decisions with respect to specific parties that may be associated with or contained in [a] rulemaking document[]," in which case the time to appeal, and the time within which parties may avail themselves of the judicial lottery procedure, arguably would begin upon the Commission's April 28, 2017 release of the *Report*

*and Order* rather than the *Report and Order*'s publication in the Federal Register, which remains pending. 47 C.F.R. § 1.4(b)(1) Note; *see also id.* § 1.4(b)(2).

Respectfully Submitted,

Christopher J. Wright
John T. Nakahata
V. Shiva Goel
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M St., N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1300
cwright@hwglaw.com

*Counsel for Sprint Corporation and Windstream Services, LLC*

Dated: May 8, 2017

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAY - 8 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY - 8 2017
CLERK

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| SPRINT CORPORATION and WINDSTREAM SERVICES, LLC | ) | |
| Petitioners, | ) | |
| v. | ) | Case No. 17-1126 |
| FEDERAL COMMUNICATIONS COMMISSION and THE UNITED STATES OF AMERICA | ) | |
| Respondents. | ) | |

ORIGINAL

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Sprint Corporation and Windstream Services, LLC hereby submit the following corporate disclosure statement.

Sprint Corporation is a publicly traded Delaware corporation that provides telecommunications services. Softbank Group Corp., a publicly traded Japanese corporation, owns approximately 80% of Sprint Corporation's outstanding stock.

Windstream Services, LLC is a Delaware limited liability company that provides telecommunications services through its operating subsidiaries. Windstream Services, LLC has one member, Windstream Holdings, Inc., which is

a publicly traded company. No other publicly traded company holds an interest of 10 percent or more in Windstream Services, LLC.

Respectfully Submitted,

Christopher J. Wright
John T. Nakahata
V. Shiva Goel
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M St., N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1300
cwright@hwglaw.com

*Counsel for Sprint Corporation and Windstream Services, LLC*

Dated: May 8, 2017

# CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2017, the foregoing Protective Petition for Review and Corporate Disclosure Statement were served by hand delivery upon the following parties:

Jefferson B. Sessions III
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Brendan Carr
General Counsel
Federal Communications Commission
445 12th Street SW, 8th Floor
Washington, DC 20554

I further certify that I will cause a copy of the foregoing Protective Petition for Review and Corporate Disclosure Statement to be served via first-class mail, postage prepaid, upon the following parties admitted to participate in the agency proceedings:

Karen Reidy
INCOMPAS
1200 G Street, NW Suite 350
Washington, DC 20009

Michael Pryor
Cooley LLP
1299 Pennsylvania Ave NW, Ste. 700
Washington, DC 20004
*Counsel for NCTA and Cox Communications, Inc.*

Jonathan Banks
USTelecom Association
607 14th Street, NW, Suite 400
Washington, DC 20005

Evan Leo
Kellogg Hansen Todd Figel &
Frederick PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
*Counsel for Verizon Communications Inc.*

Rebecca Murphy Thompson
Competitive Carriers Association
805 15th Street, NW, Suite 401
Washington, DC 20005

John A. Howes, Jr.
Computer and Communications
Industry Association: CCIA
900 17th St, NW #1100
Washington, DC 20006

Matthew F. Wood
Free Press
1025 Connecticut Avenue, NW
Suite #1110
Washington, DC 20036

Michael Calabrese
Open Technology Institute
1899 L Street, NW, 4th Floor
Washington, DC 20036

Harold Feld
Public Knowledge
1818 N Street, NW, Ste. 410
Washington, DC 20036

James P. Young
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Counsel for AT&T Inc.*

Thomas Jones
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006
*Counsel for Level 3 Communications, LLC*

Mark Cooper
Consumer Federation of America
1620 I St, NW, #200
Washington, DC 20006

Bruce Kushnick
New Networks Institute
568 Broadway, Suite 404
New York, NY 10012

David Cossen
Rural Independent Competitive
Alliance
P.O. Box 67
Macon, MO 63552

Caressa D. Bennet
Rural Wireless Association, Inc.
P.O. Box 50551
Arlington, VA 22205-5551

David Springe
NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910

Paula M. Carmody
Maryland Office of People's Counsel
6 St. Paul Street, Suite 2102
Baltimore, MD 21202

Gregory J. Vogt
Law Offices of Gregory J. Vogt, PLLC
103 Black Mountain Ave., Suite 11
Black Mountain, NC 28611
*Counsel for Hawaiian Telcom, Inc.*

Russell M. Blau
Morgan, Lewis & Bockius LLP
2020 K St., NW
Washington, DC 20006
*Counsel for Access Point Inc., Birch Communications Inc., Matrix Telecom, Inc., Manhattan Telecommunications Corporation d/b/a Metropolitan Telecommunications, New Horizon Communications Corp. and Xchange Telecom LLC, Inteliquent, Inc., U.S. TelePacific Corp. d/b/a TPx Communications*

Eric J. Branfman
Morgan, Lewis & Bockius LLP
2020 K St., NW
Washington, DC 20006
*Counsel for Lightower Fiber Networks I, LLC, Lightower Fiber Networks II, LLC, Fiber Technologies Networks, LLC, Lumos Networks Corp. and Unite Private Networks*

Tamar E. Finn
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for TDS Telecommunications and TDS MetroCom, LLC, Conterra Broadband Services and Uniti Fiber*

Samuel L. Feder
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
*Counsel for Charter Communications, Inc. and Granite Telecommunications, LLC*

K.C. Halm
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
*Counsel for Mediacom Communications Corp.*

Karen Brinkmann
Karen Brinkmann PLLC
1800 M Street, NW, Suite 800-N
Washington, DC 20036
*Counsel for Alaska Communications and Cincinnati Bell Inc.*

Matthew A. Brill
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
*Counsel for Comcast Corporation*

Bryan N. Tramont
Wilkinson Barker Knauer, LLP
1800 M Street, NW, Suite 800N
Washington, DC 20036
*Counsel for CenturyLink, Inc., Frontier Communications Corp., FairPoint Communications, Inc., Consolidated Communications*

Michael Calabrese
Open Technology Institute at New America
740 15th Street, NW, Suite 900
Washington, DC 20005

Todd O'Boyle
Common Cause
805 15th Street, NW, Suite 800
Washington, DC 20005

Deb Socia
Next Century Cities
1200 18th Street, NW, Suite 700
Washington, DC 20036

Evan Engstrom
Engine
414 Brannan Street
San Francisco, CA 94107

John Windhausen
Schools, Health & Libraries Broadband Coalition
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

Heather Burnett Gold
Fiber to the Home Council Americas
6841 Elm Street #843
McLean, VA 22101

Wendy Cassity
Zayo Group, LLC
1805 29th St., Suite 2050
Boulder, CO 80301

Randolph J. May
Seth L. Cooper
Free State Foundation
P.O. Box 60680
Potomac, MD 20859

Genevieve Morelli
ITTA
1101 Vermont Ave., NW, Suite 501
Washington, DC 20005

Colleen Boothby
Levine, Blaszak, Block & Boothby
2001 L Street, NW, Suite 900
Washington, DC 20036
*Counsel for Ad Hoc Telecommunications Users Committee*

Michael K. Baach
Philpott Solutions Group Inc.
1010 Industrial Parkway
Brunswick, Ohio 44212

Kathlene S. Hicks
Extra Touch Gifts, LLC
8111 Dellinger Road
Galloway, OH 43119

Karyn S. Phillips
Extra Touch Gifts, LLC
9015 River Styx Road
Wadsworth, OH 44281

Rebecca B. Williamson
Oklahoma Ambulance Association
2504 W. Owen K. Garriott #302
Enid, OK 73703

Joe C. Sanders
Master Image, Inc.
2714 20th Street S, Suite B
Birmingham, AL 35209

Murray Tanner
Sheriff's Office of Jefferson County
2200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35203

Rep. Jack Williams
Alabama House of Representatives
District No. 47
3273 Brashford Rd.
Birmingham, AL 35216

T. Devon Laney
Innovation Depot
1500 First Ave. North
Birmingham, AL 35203

Steven V. King
Washington Utilities and
Transportation Commission
1300 S. Evergreen Park Drive, S.W.
P.O. Box 47250
Olympia, WA 98504

Joni Nash
Pawhuska Chamber of Commerce
P.O. Box 5
Pawhuska, OK 74056

C. Ventura
Ace Computer Services
1579 Bent Maple Drive
Blacklick, OH 43004

Governor Jay Inslee
Office of the Governor
P.O. Box 400002
Olympia, Washington 98504

Chris Nelson
South Dakota Public Utilities
Commission
500 East Capitol Ave.
Pierre, SD 57501

Tim Stelzig
General Communication, Inc.
1900 L St., NW, Suite 700
Washington, DC 20036

Paul Kjellander
Kris Raper
Eric Anderson
Idaho Public Utilities Commission
P.O. Box 83720
Boise, ID 83720

Mayor Tom Gorman
City Council Ward 3
City of Bartlesville
401 S. Johnstone
Bartlesville, OK 74003

Sheba Chacko
BT Americas Inc.
11440 Commerce Park Dr.
Reston, VA 20191

Fred B. Campbell, Jr.
Tech Knowledge
14925 Doe Ridge Road
Haymarket, VA 20169

Jane Kellogg
Kellogg & Sovereign
Consulting, LLC
1101 Stadium Drive
Ada, OK 74820

Monica Gambino
Crown Castle
2000 Corporate Drive
Canonsburg, PA 15317

Bruce Mehlman
Internet Innovation Alliance
P.O. Box 19231
Washington, DC 20036

Mark Jackson
Moreson Conferencing
1116 20th Street S, Box 101
Birmingham, AL 35205

Julia K. Tanner
Cellular One
1170 Devon Park Drive, Suite 104
Wayne, PA 19087

Dale Bunn
City Manager
City Hall, 230 West Main Street
Purcell, OK 73080

Cathleen A. Massey
Indra Sehdev Chalk
T-Mobile USA, Inc.
601 Pennsylvania Avenue, NW
North Building, Suite 800
Washington, DC 20004

Mark E. Meitzen, Ph.D.
Christensen Associates
800 University Bay Dr., Ste 400
Madison WI 53705-2299

Robert W. McCausland
West Telecom Services, LLC
3200 W Pleasant Run Rd #300
Lancaster, TX 75146

Sean M. Ward
Associate Counsel
West Corporation
1601 Dry Creek Drive
Longmont, CO 80503

David E. Screven, Esquire
Pennsylvania Public Utility
Commission
Commonwealth Keystone Building
400 North Street
Harrisburg, PA 17120

Jarret Cummings
Educause
1150 18th Street, NW, Suite 1020
Washington, DC 20036

Alan G. Fishel
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
*Counsel for Internet2*

Doris Mold
American Agri-Women
P.O. Box 743
Colchester, VT 05446

Ross Racine
Intertribal Agriculture Council
100 N 27th St #500
Billings, MT 59101

Jack Alexander
Rural & Agriculture Council
of America
3 Fox East Bench Road
Roberts, MT 59070

Danni Beer
United States Cattlemen's Association
P.O. Box 339
San Lucas, CA 93954

Linda Newman
Women Involved in Farm Economics
442 #4 Rd.
Roundup, MT 59072

Jen Leasure
The Quilt
2442 NW Market Street #68
Seattle, Washington 98107

Joe E. Fuller
2904 Crescent Ave
P.O. Box 59747
Homewood, AL 35259

Rep. Donnie Chesteen
Alabama House of Representatives
District 87
306 Goose Hollow Rd
Geneva, AL 36340

Donald J. Evans
Fletcher, Heald & Hildreth, PLC
1300 North 17th Street, 11th Floor
Arlington, Virginia 22209
*Counsel for NTCH, Inc.*

Walker Tanner
Tanner Paint Company
4917 N. Armenia Avenue
Tampa, FL 33603

Mike Montgomery
CALinnovates
548 Market St., Ste. 28585
San Francisco, CA 94104

Linda Moore
TechNet
805 15th Street, NW, Suite 708
Washington, DC 20005

Rev. Jesse L. Jackson
Rainbow PUSH Coalition
727 15th St. NW, Suite 1200
Washington, DC 20005

Dr. Charles Steele, Jr.
Southern Christian Leadership
Conference
320 Auburn Avenue
Atlanta, GA 30303

Thad LeVar
Public Service Commission of Utah
Heber M. Wells Building
160 East 399 South, 4th Floor
Salt Lake City, UT 84145

Pamela H. Hollick
Midwest Association of Competitive Communications
9725 Fortune Dr
Fishers, IN 46037-9047

Sarah DeYoung
CalTel
50 California Street, Suite 1500
San Francisco, CA 94111

John Liskey
Michigan Internet & Telecommunications Alliance
915 N. Washington Avenue
Lansing, MI 48906

Dan Bubb
Northwest Telecommunications Association
616 Industrial Street, Suite #401
Hood River, OR 97031

Carolyn Ridley
Competitive Carriers of the South, Inc.
P.O. Box 158303
Nashville, TN 37215

Kristi Pollard
Grand Junction Economic Partnership
122 North Sixth Street
Grand Junction, CO 81501

Debbie Goldman
Communications Workers of America
501 Third Street, NW
Washington, DC 20001

Lewis N. Dodak
230 N. Washington Square, Suite 101
Lansing, MI 48933

Steve Hyde
Genesee Country Economic Development Center
99 MedTech Dr., Suite 106
Batavia, NY 14020

Sharon Castle
Castle & Associates
P.O. Box 4952
East Lansing, MI 48826

Tim C. McDonough
407 Great Meadows Road
P.O. Box 284
Hope, NJ 07844

Doris Crouse-Mays
Virginia AFL-CIO
5400 Glenside Drive, Suite E
Richmond, VA 23228

Janice Kovach
Town of Clinton
43 Leigh St., P.O. Box 5194
Clinton, NJ 08809

Thomas Cohen
Kelley Drye & Warren LLP
3050 K Street, NW
Washington, DC 20007
*Counsel for the American Cable Association*

Timothy J. Koxlien
TeleQuality Communications, Inc.
21202 Gathering Oak
San Antonia, TX 78260

Dorsey Hager, Jr.
Columbus Building Trades Council
939 Goodale Boulevard, Suite 231
Columbus, OH 43212

Robert L. Kosowski
P.O. Box 30014
Lansing, MI 48909

Mark Armstrong
All A's Development
P.O. Box 191
Cadillac, MI 49601

Jason Williams
Blackfoot Communications, Inc.
1221 N Russell St.
Missoula, MT 59808

Deborah Ward
TSI
1221 S Hartmann Dr. # E
Lebanon, TN 37090

Dane Jasper
Sonic Telecom
14175 Sullyfield Circle, Suite H
Chantilly, VA 20151

Dale Schmick
YourTel America, Inc.
1317 Southeast 44th Street, Suite E
Oklahoma City, OK 73129

Steven J. Bogdan
Broadview Networks
1018 W. 9th Avenue
King of Prussia, PA 19406

Aaron West
Nevada Builders Alliance
1000 N Division St Suite 102
Carson City, NV 89703

Governor Jack A. Markell
Office of the Governor
Tatnall Building, 2nd Floor
William Penn Street
Dover, DE 19901

Geri D. Huser
Elizabeth S. Jacobs
Nick Wagner
Iowa Utilities Board
1375 E. Court Ave., Rm 69
Des Moines, IA 50319

Berin Szóka
TechFreedom
#409, 110 Maryland Ave NE
Washington, DC 20002

Molly Corbett Broad
American Council of Education
One Dupont Circle NW
Washington, DC 20036

Matthew M. Carter, III
Florida Public Service Commission
2540 Shumard Oak Blvd.
Tallahassee, FL 32399-0850

Daryl E. Bassett
Arkansas Public Service Commission
1000 Center St.
Little Rock, AR 72201

Kimberly Lippi
California Public Utilities
Commission
505 Van Ness Avenue
San Francisco, CA 94102

Barry D. Umansky, J.D.
Digital Policy Institute
Ball State University
Muncie, Indiana 47306

Laurence Brett Glass
d/b/a LARIAT
P.O. Box 383
Laramie, WY 82073

Virginia Lam Abrams
Starry, Inc.
38 Chuancy Street, 2nd Floor
Boston, MA 02111

S. Jenell Trigg
Lerman Sneter PLLC
2001 L Street NW, Suite 400
Washington, DC 20036
*Counsel for the Wireless Internet*
*Service Providers Association*

Jamie Belcore Saloom
Office of Advocacy
U.S. Small Business Administration
409 3rd Street, SW, MC 3114
Washington, DC 20416

H.E. David O'Sullivan
Ambassador of the E.U. to the U.S.
2175 K Street, NW
Washington, DC 20037

San Miguel County
Board of County Commissioners
333 W Colorado Ave. 3rd Floor
P.O. Box 1170
Telluride, CO 81435

Respectfully Submitted,

Christopher J. Wright
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M St., N.W., 8th Floor
Washington, D.C. 20036
(202) 730-1300
cwright@hwglaw.com

*Counsel for Sprint Corporation and Windstream Services, LLC*

Dated: May 8, 2017